| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** 08 CRIM | | CR-89-75-02-G |
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Preston Bryant<br>Bronx, New York | Middle District of North Carolina | Greensboro |

| | NAME OF SENTENCING JUDGE |
|---|---|
| *Judge Berman* | The Honorable Richard C. Erwin |

| | DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 05/29/2008 | 05/28/2013 |

OFFENSE

Possession With Intent to Distribute Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____July 28, 2008_____
Date

_____ James A Beaty _____
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          SOUTHERN          DISTRICT OF          NEW YORK

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 1 8 2008

_____
Date

_____
United States District Judge