| | |
|---|---|
| TO:    Jim Molinelli<br>Docket Clerk | ORIGINAL OFFENSE: Possession with Intent to Distribute Cocaine Base (21 USC 841(a)(11, (b)(1)(A)), a Class A felony. |
| | ORIGINAL SENTENCE: Two Hundred Sixty-Two (262) Months Imprisonment followed by Five (5) Years Supervised Release. |
| FROM:    Elisha Rivera<br>Senior U.S. Probation Officer | ORIGINAL SPEC. CONDITIONS: $50 Special Assessment Fee. The defendant will participate in a program approved by the United States Probation Office for SUBSTANCE ABUSE, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment. The defendant shall provide the probation officer with access to any requested FINANCIAL INFORMATION. |
| | AUSA: Douglas Cannon |
| RE:    **Preston Bryant**<br>Docket # 1:89CR00075-2 | |



ORIGINAL DATE OF SENTENCE: 10/23/1989

DATE: August 14, 2008

ATTACHMENTS:    JUDGMENT X

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On October, 23 1989, the above-mentioned individual was sentenced as outlined above in the Middle District of North Carolina, by the Honorable Richard C. Erwin, U.S. District Judge.

On August 5, 2008, we received a letter from the Middle District of North Carolina, advising that the Honorable James A Beaty, Jr., U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Bryant transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                Respectfully submitted,

                Chris J. Stanton

                Chief U.S. Probation Officer

                Elisha Rivera

                Senior U.S. Probation Officer

                212-805-5114